433 A.2d 124

Commonwealth v. Chevrette, Appellant.

Submitted March 6, 1980.

Bruce D. Foreman, for appellant; Marion E. MacIntyre, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

Order affirmed.

433 A.2d 125

Commonwealth v. Christenberry, Appellant.

Argued March 4, 1980. Daniel W. Shoemaker, for appellant; Floyd P. Jones, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

The order of the lower court revoking parole is hereby affirmed.